PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rene Caplette            Cr.: 18-00386-001
           PACTS #: 4045883

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/12/2019

Original Offense:    Count One: Conspiracy to Commit Bank Fraud
                      Count Two: Aggravated Identity Theft

Original Sentence: Time Served (83 Days imprisonment), 60 months supervised release

Special Conditions: Restitution, Drug/Alcohol Testing/Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release           Date Supervision Commenced: 06/12/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 30, 2019, the offender relapsed and intentionally tried to commit suicide by overdosing on heroin. |

U.S. Probation Officer Action:
We are requesting no formal court action at this time. The offender remains hospitalized and under the care of a psychiatrist. Upon her release, the Union County drug-court vicinage will be transporting Caplette to an inpatient treatment facility. We will monitor her progress in treatment and keep the Court updated.

                                                           Respectfully submitted,
                                                           *Leslie M. Vargas/jj*
                                                           By: Leslie M. Vargas
                                                               Senior U.S. Probation Officer
                                                           Date: 09/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/6/19
_____
Date