# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rene Caplette             Cr.: 18-00386-001
                                                                                                      PACTS #: 4045883

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/12/2019

Original Offense:    Count One: Conspiracy to Commit Bank Fraud
                           Count Two: Aggravated Identity Theft

Original Sentence: Time Served (83 days imprisonment), 60 months supervised release

Special Conditions: Restitution, Drug and Alcohol Testing and Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                  Date Supervision Commenced: 06/12/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Caplette tested positive for cocaine on June 22nd, June 29th and July 9, 2021 at the Union County Probation Office. She was remanded by Drug Court and remains incarcerated pending a bed space for short-term residential treatment. |

U.S. Probation Officer Action:
The probation office is requesting no formal action at this time. The Union County Drug-Court Vicinage is monitoring her placement at a short-term facility for co-occurring treatment. We will monitor her progress and update the Court on any additional non-compliance.

                                                                               Respectfully submitted,

                                                                               SUSAN M. SMALLEY, Chief
                                                                               U.S. Probation Officer

                                                                         By:    IVETTELIS PEREZ
                                                                               Senior U.S. Probation Officer

/ ip

APPROVED:

*Suzanne Golda-Martinez*      07/13/2021
SUZANNE GOLDA-MARTINEZ      Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

7/14/2021
Date