PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rene Caplette

Cr.: 18-00386-001
PACTS #: 4045883

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/12/2019

Original Offense:    Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1344]
Count Two: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

Original Sentence: Time Served (83 days imprisonment), 60 months supervised release

Special Conditions: Restitution $83,783, Drug/Alcohol Testing & Treatment, Financial Disclosure, Life
Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/12/2019

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 1, 2022, Caplette submitted a drug test at Integrity House, her treatment program, that yielded a positive result for cocaine. Caplette is adamantly denying use. Subsequently, she has submitted several drug tests that yielded a negative result. |

U.S. Probation Officer Action:
Caplette participates in the Union County Recovery Court and is engaged in intensive outpatient treatment
at Integrity House, in Newark, New Jersey.  At this time, the probation office requests no formal action.
We will continue to work with the Union County Recovery Court as well as Integrity House to monitor her
progress and adjust treatment according to Caplette's clinical needs.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Amy J. Capozzolo*

By:   AMY J. CAPOZZOLO
Senior U.S. Probation Officer

Prob 12A – page 2
Rene Caplette

/ ajc

APPROVED:


*Gisella M. Bassolino for*   06/27/22022
SHARON O'BRIEN                Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer


6/27/2022
Date