PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rene Caplette          Cr.: 18-00386-001
                                                              PACTS #: 4045883

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/12/2019

Original Offense:   Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1344]
                    Count Two: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

Original Sentence: Time Served (83 Days imprisonment), 60 months supervised release

Special Conditions: Restitution - $83,783, Drug/Alcohol Testing & Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/12/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | To date, Caplette has only paid $150 toward her restitution. |

U.S. Probation Officer Action:

Although Caplette, has been on supervision since June 2019, the primary focus of her supervision has been her mental health and substance abuse treatment. Caplette has a long history of mental health and substance abuse problems; as such she has not had stable employment or housing. She is currently living with family and recently secured employment at Shoprite. We will work with Caplette to have her start making payments toward her restitution.

Prob 12A – page 2
Rene Caplette

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Amy J. Capozzolo*

By:   AMY J. CAPOZZOLO
Senior U.S. Probation Officer

/ ajc

APPROVED:

*Kevin M. Villa*          08/24/2022

KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

8/24/2022
Date